**Supreme Court**
No. 2020-285-Appeal.

In re Kugel Patch.                    :

# O R D E R

This matter came before the Court on the appeal by Steven M. Johnson and the Law Offices of Steven M. Johnson, P.C., d/b/a The Johnson Law Firm (collectively, Johnson), from a Superior Court order denying their motion to stay proceedings pending resolution of two arbitrations in the State of Texas. The underlying dispute concerns the entitlement to, and disbursement of, $1 million in attorneys' fees between Johnson and Attorney John Deaton, both of whom represented numerous claimants in personal-injury lawsuits against the manufacturer of a hernia repair product.

Counsel for Johnson and Deaton have recently advised the Court that "the Texas litigation has concluded and no additional proceedings are pending in Texas courts." Thus, the issues raised in the appeal pending before the Court have seemingly been rendered moot.

Accordingly, the Court enters the following order:

1. This case shall be closed and the papers remanded to the Superior Court.

Entered as an Order of this Court this  19th   day of December, 2024.

By Order,

/s/ Meredith A. Benoit, Clerk
_____

Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In re Kugel Patch. | |
| **Case Number** | No. 2020-285-Appeal.<br>(PC 08-9999) | |
| **Date Order Filed** | December 19, 2024 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ | |
| **Source of Appeal** | Providence County Superior Court | |
| **Judicial Officer from Lower Court** | Presiding Justice Alice Bridget Gibney | |
| **Attorney(s) on Appeal** | For Plaintiff:<br><br>Lauren E. Jones, Esq. | |
| | For Defendants:<br><br>Michael Daly, Esq. | |